IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15-CV-00889-ODS |
| | ) | |
| LONNIE MABIN, CURTIS MABIN, and | ) | |
| MABIN ENTERPRISES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER AND OPINION (1) DISMISSING PLAINTIFF'S CLAIMS
AGAINST DEFENDANT LONNIE MABIN WITHOUT PREJUDICE, AND
(2) DIRECTING PLAINTIFF TO FILE DOCUMENTS AND MATERIALS REQUIRED
BY RULE 55(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

This matter was filed on November 12, 2015. Doc. #1. Plaintiff's deadline to serve Defendants was March 14, 2016, but Plaintiff failed to serve Defendant Lonnie Mabin by that deadline. The Court ordered Plaintiff to show cause why its claims against Lonnie Mabin should not be dismissed for failure to effect service. Doc. #11. Plaintiff filed its response requesting its claims against Lonnie Mabin be dismissed without prejudice. Pursuant to Plaintiff's request, the Court dismisses Plaintiff's claims against Lonnie Mabin without prejudice.

Plaintiff effected service on the other two defendants: Mabin Enterprises, Inc., and Curtis Mabin. Neither defendant filed an answer. The Court previously found those defendants to be in default but deferred consideration of Plaintiff's damages until a final judgment could be entered against all Defendants. Doc. #7. Now that only these two defendants remain, the Court will consider Plaintiff's damages. Within twenty-one days of this Order, Plaintiff shall file the appropriate documents and materials described in Rule 55(b)(1) of the Federal Rules of Civil Procedure to satisfy the requirements for default judgment.

The Clerk's Office is directed to send two copies of this Order, one via first class mail postage prepaid and one via certified mail, return receipt requested, to:

Curtis Mabin
12104 Grand Avenue
Kansas City, Missouri 64145

Mabin Enterprises, Inc.
c/o Richard T. Bryant
1102 Grand Avenue, Suite 809
Kansas City, Missouri 64106

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: March 31, 2016                 UNITED STATES DISTRICT COURT